UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BARKER,

    Petitioner,　　　　　　　　　Civil No. 05-CV-74408-DT
　　　　　　　　　　　　　　　　　　HONORABLE BERNARD A. FRIEDMAN
v.　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

PERCY CONERLY,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Bernard A. Friedman, Chief United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on February 9, 2006.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

    Dated at Detroit, Michigan, this 9th, day of February, 2006.
　　　　　　　　　　　　　　　　　　　　DAVID J. WEAVER
　　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

APPROVED:
　　　　　　　　　　　　　　　　　　　　BY:　s/Carol Mullins
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

_s/Bernard A. Friedman_____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE